IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHARLES D. BRAY                                                                                   PLAINTIFF

v.                                              Case No. 4:15-cv-4049

CAROLYN COLVIN,
Commissioner, Social Security Administration                                       DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed August 22, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 18). Judge Bryant recommends that Plaintiff's Motion for Attorney Fees (ECF No. 15) be granted in part and denied in part. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion for Attorney Fees (ECF No. 15) is **GRANTED IN PART AND DENIED IN PART**. Plaintiff is hereby awarded $4,675.00 in attorney's fees and costs, to be paid directly to Plaintiff.

**IT IS SO ORDERED**, this 13th day of September, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge